U.S DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED - SHREVEPORT

JUN 1 8 2010

TONY R. MO_____ERK
BY_____DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

| | |
|---|---|
| LOUIS DAN HARGROVE, III | CIVIL ACTION NO. 07-cv-1419 |
| VERSUS | JUDGE STAGG |
| WARDEN LOUISIANA STATE PENITENTIARY | MAGISTRATE JUDGE HORNSBY |

# J U D G M E N T

For the reasons assigned in the Report and Recommendation of the Magistrate Judge previously filed herein, and having thoroughly reviewed the record, including the written objections filed, and concurring with the findings of the Magistrate Judge under the applicable law;

**IT IS ORDERED** that Petitioner's petition is **granted in part** by vacating his conspiracy conviction and his 25 year sentence on the conspiracy conviction, and

**IT IS FURTHER ORDERED** that the petition is **denied** in all other respects.

THUS DONE AND SIGNED at Shreveport, Louisiana, this the ___18th___ day of ___June___, 2010.

TOM STAGG
UNITED STATES DISTRICT JUDGE